**Steven D. CARR, Plaintiff—Appellant,**

**v.**

**Ray HOLT, Regional Director of Bureau of Prisons; Harrell Watts, Administrator; John J. Lamanna, Warden of FCI Edgefield; L. Fuertes Rosario, Health Services Administrator at FCI Edgefield; E. Faytong, Physicians Assistant; L. Guevarh, Assistant Medical Services Administrator; A. Saha, Physicians Assistant; J. Lopez, MLP at FCI Edgefield; R. Blocker, MLP at FCI Edgefield; J. Serrane; A. Williams, X–Ray Technician; NFN Turner, Food Service Administrator; A. Stacks, Assistant Food Service Administrator; NFN Mahones, Unit Manager; NFN Boltin, Counselor; NFN Vinning, Lieutenant; NFN Lovegrove, Food Service Forman; Thomas C. Davis, Food Service Supervisor at FCI Edgefield, Defendants—Appellees.**

No. 07–7508.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 6, 2008.

Steven D. Carr, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven D. Carr appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carr v. Holt*, No. 6:06–cv–02333–TLW (D.S.C. Sept. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*